Same case below, 620 F.3d 483.

**No. 10-8368. Wally Lupe Cobos, Petitioner v. United States.**

562 U.S. 1243, 131 S. Ct. 1535, 179 L. Ed. 2d 349, 2011 U.S. LEXIS 1194.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8371. Ivan Almagro, Petitioner v. United States.**

562 U.S. 1243, 131 S. Ct. 1535, 179 L. Ed. 2d 349, 2011 U.S. LEXIS 1258.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 393 Fed. Appx. 627.

**No. 10-8372. Toussaint Davis, aka John Healy, aka Toussaint Martin, Petitioner v. United States.**

562 U.S. 1243, 131 S. Ct. 1535, 179 L. Ed. 2d 349, 2011 U.S. LEXIS 1165.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-8375. Antonio Gamez-Ortega, Petitioner v. United States.**

562 U.S. 1243, 131 S. Ct. 1535, 179 L. Ed. 2d 349, 2011 U.S. LEXIS 1201.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 400 Fed. Appx. 177.

**No. 10-8377. Deon Holloway, Petitioner v. United States.**

562 U.S. 1244, 131 S. Ct. 1535, 179 L. Ed. 2d 349, 2011 U.S. LEXIS 1148.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 402 Fed. Appx. 692.

**No. 10-8379. Timothy Nguyen, Petitioner v. United States.**

562 U.S. 1244, 131 S. Ct. 1535, 179 L. Ed. 2d 349, 2011 U.S. LEXIS 1255.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 379 Fed. Appx. 177.

**No. 10-8380. Robert Lee Nick, Petitioner v. United States.**

562 U.S. 1244, 131 S. Ct. 1536, 179 L. Ed. 2d 349, 2011 U.S. LEXIS 1197.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 398 Fed. Appx. 404.

**No. 10-8383. Daniel Riley, Petitioner v. United States.**

562 U.S. 1244, 131 S. Ct. 1536, 179 L. Ed. 2d 349, 2011 U.S. LEXIS 1280.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 615 F.3d 7.